Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ZACHARY MADDING,

    Defendant.

Case No. CR19-0065JLR

ORDER

This Court, having considered the Motion for Appointment of Counsel, and the pleadings related thereto, does hereby grant the motion. The Court finds that the defendant is indigent and qualifies for appointment of counsel.

This Court ORDERS as follows:

//

//

Order - 1

The CJA administration is hereby directed to appoint Scott Engelhard as appointed counsel of record in this matter.

DATED this 21st day of August, 2019.

*[signature]*

The Honorable James L. Robart
U.S District Court Judge

Order - 2

## Certificate of Service

I, Scott J. Engelhard, certify and declare that on this date, I served a true and correct copy of the opposing party via the *ecf* system of this court.

I swear under the laws of perjury for the State of Washington that the foregoing is true and correct.

July 16, 2019 Seattle, WA             _s/ **Scott J. Engelhard**_____
Date and Place                                           Scott J. Engelhard

Order - 3