UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

            Plaintiff,

   v.

ZACHARY MADDING,

            Defendant.

Case No. CR19-65-JLR-MLP

DETENTION ORDER

<u>Offenses charged</u>:

    Count 1:    Possession with Intent to Distribute Heroin, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(i)

    Count 2:    Conspiracy to Distribute Heroin, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(1), and 846

<u>Date of Detention Hearing</u>: On June 29, 2020, the Court held a hearing via a WebEx videoconference, with the consent of Defendant Madding, due to the exigent circumstances as outlined in General Order 08-20. This detention order is without prejudice to renewing once the court has reconstituted in-person hearings.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

DETENTION ORDER - 1

based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is therefore a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Defendant poses a risk of nonappearance due to a history of failures to appear, use of alias names and identification, a prior arrest warrant for escape, non-compliance while on terms of supervision, his current custody status, and a substance use history. Defendant poses a risk of danger due to his criminal history, an active protection order, non-compliance while on terms of supervision, and a substance use history. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure the Defendant's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is

confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 30th day of June, 2020.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3